IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KETURAH FORD | * |
| | * **NOTICE OF REMOVAL FROM** |
| Plaintiff, | * **THE CIRCUIT COURT FOR** |
| | * **PRINCE GEORGE'S COUNTY, MD** |
| vs. | * **CASE NO. CAL14-24856** |
| | * |
| SUPERVALU INC., *et al.* | * CIVIL ACTION NO. _____ |
| | * |
| Defendants. | * |

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendants, SUPERVALU INC., parent company of Moran Foods, Inc. (improperly named Moran Foods, LLC), a wholly owned subsidiary, d/b/a Save-A-Lot Food Stores and Moran Foods, Inc. (improperly named Moran Foods, LLC), d/b/a Save-A-Lot Food Stores, respectively notices the removal of the above-captioned matter to this Honorable Court from the Circuit Court for Prince George's County, Maryland, and as grounds therefor states as follows:

1. On or about September 24, 2014, Defendants were served with a Summons and Complaint in an action commenced by the Plaintiff, Keturah Ford, in the Circuit Court for Prince George's County, Maryland as Docket No. CAL14-24856. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. This Notice of Removal is filed within thirty (30) days of receipt of service by Defendants and, therefore, is timely filed pursuant to 28 U.S.C., Section 1446(b).

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

3. Pursuant to the Federal Rules of Civil Procedure, the Petitioner has filed a written Answer to Plaintiff's Complaint on October 1, 2014. Copies of Defendants' Answer and Notice of Removal are attached hereto and incorporated herein by reference as Exhibit B.

4. In her Complaint, Plaintiff seeks judgment against the Defendants in an amount in excess of Seventy-five Thousand Dollars ($75,000) in compensatory damages, plus interest and costs.

5. At the time of commencement of this action, Plaintiff was and is now a resident of the State of Maryland.

6. At the time of commencement of this action, and at all other times relevant to the subject proceeding, Defendant SUPERVALU INC.'s principal place of business is Minnesota and Defendant Moran Foods Inc.'s principal place of business is Missouri. Both Defendants are incorporated in the State of Delaware.

7. As this is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

8. The Petitioner presents and files herewith a check in the amount of $400 for the filing fee, as required by law.

WHEREFORE, the Defendants, SUPERVALU INC., parent company of Moran Foods, Inc. (improperly named Moran Foods, LLC), a wholly owned subsidiary, d/b/a Save-A-Lot Food Stores and Moran Foods, Inc. (improperly named Moran Foods, LLC), d/b/a Save-A-Lot Food Stores,

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

respectfully request to remove this action from the Circuit Court for Prince George's County, Maryland to the United States District Court for the District of Maryland.

> Respectfully submitted,
>
> DeCARO, DORAN, SICILIANO,
> GALLAGHER & DeBLASIS, LLP
>
> _____
> Christopher R. Dunn, #05278
> 17251 Melford Boulevard, Suite 200
> Bowie, Maryland 20715
> (301) 352-4950
> Fax - (301)352-8691
> Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2014, a copy of the foregoing Petition for Removal was forwarded, postage prepaid, via First Class mail, to:

Robert A. Flack
Ashcraft & Gerel, LLP
4301 Garden City Drive, Suite 301
Landover, Maryland 20785
Counsel for Plaintiff

_____
Christopher R. Dunn, #05278
Counsel for Defendants

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BLVD.
SUITE 200
BOWIE, MARYLAND 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3930 WALNUT STREET
SUITE 250
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

I:\Common\WP\L1\CRD\Ford v. SUPERVALU\Pleadings\Petition for Removal.wpd