IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| KETURAH FORD<br>1390 Chillum Road<br>Hyattsville, Maryland 20782 | *<br>*<br>* |
| Plaintiff | * |
| vs. | *   Case No.: CAL14-24856 |
| SUPERVALU, INC., parent company<br>of MORAN FOODS, LLC, a wholly<br>owned subsidiary, d/b/a<br>SAVE-A-LOT FOOD STORES<br>5615 Sargent Road<br>Hyattsville, Maryland 20782 | *<br>*<br>*<br>*<br>*<br>* |
| SERVE: | * |
| Resident Agent<br>The Corporation Trust, Inc.<br>351 West Camden Street<br>Baltimore, Maryland 21201-7912 | *<br>*<br>*<br>* |
| AND | * |
| MORAN FOODS, LLC, d/b/a<br>SAVE-A-LOT FOOD STORES<br>5615 Sargent Road<br>Hyattsville, Maryland 20782 | *<br>*<br>*<br>* |
| SERVE: | * |
| Resident Agent<br>The Corporation Trust, Inc.<br>351 West Camden Street<br>Baltimore, Maryland 21201-7912 | *<br>*<br>*<br>* |

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

## COMPLAINT

The Plaintiff, Keturah Ford, by and through her attorneys, Robert A. Flack and

Ashcraft & Gerel, LLP, sues the Defendants, Supervalu, Inc., parent company of Moran

Foods, LLC, a wholly owned subsidiary, D/B/A Save-A-Lot Foods stores, and Moran Foods, LLC, d/b/a Save-A-Lot Food Stores, and for her causes of action states as follows:

## COUNT I

1. On or about September 28, 2011, the Plaintiff, Keturah Ford, while exercising due care and without any contributory negligence, was a business invitee at the Save-A-Lot Food Store located at 5615 Sargent Road, Hyattsville, Maryland 20782.

2. That the Defendant, Supervalu, Inc., parent company of Moran Foods LLC, a wholly owned subsidiary D/B/A Save-A-Lot Food Store, hereinafter referred to as Defendant, Supervalu, is a corporation doing business in Maryland, who owned and/or managed the Save-A-Lot Food Store premises at 5615 Sargent Road, Hyattsville, Prince George's County, Maryland on the date of the occurrence.

3. The Defendant owed the Plaintiff, Keturah Ford a duty to exercise the highest degree of care for her safety as a business invitee, including, but not limited to the duties to exercise reasonable care in maintaining the premises in a safe condition, to keep the premises free from unreasonable risks of harm, to discover any unknown hidden dangers, and subsequently protect the Plaintiff from such dangers. The duties encompass the duty to inspect, discover, remedy and/or warn the Plaintiff of any unsafe condition the Defendant knew, or should have known, existed.

4. That while Plaintiff was shopping as a business invitee at the Save-A-Lot Food Store, she tripped and fell over a pallet left unmarked and unattended in the aisle by

LAW OFFICES
SHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
0 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Defendant's employees. The pallet was left without any warning and in a place where Defendant might reasonably know that customers would potentially encounter the pallet and/or fall over the pallet.

5. The Defendant, Supervalu, breached all of the above described duties, and, in doing so, failed to exercise reasonable care in maintaining the premises in a safe condition, failed to keep the premises free from unreasonable harm, and failed to inspect, discover, remedy and/or warn of any dangers the Defendant knew, or should have known, existed.

6. As a direct and proximate result of the negligence of the Defendant, Supervalu, Keturah Ford has suffered painful and permanent injuries, including, but not limited to her left arm and left shoulder, which have caused, and will continue to cause Plaintiff extreme physical pain and suffering, mental anguish, and permanent disability.

7. As a further direct and proximate cause of the Defendant's negligence, and the injuries sustained by the Plaintiff, Keturah Ford, the Plaintiff has been forced to expend, and will continue to expend in the future, large sums of money for medical care and treatment.

8. Further, as a direct and proximate result of the negligence of the Defendant, the Plaintiff has been precluded from carrying out her usual normal and recreational activities and Plaintiff's overall health, strength and vitality has been greatly impaired.

9. As a result of the aforesaid conduct and breach of care of the Defendant, Supervalu, Inc., parent company of Moran Foods, LLC, a wholly-owned subsidiary d/b/a

LAW OFFICES
SHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
0 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

Save-A-Lot Food Stores, the Plaintiff sustained the injuries, losses, and damages, more fully described above, without any negligence of the Plaintiff's contributing thereto.

Wherefore, the Plaintiff, Keturah Ford, demands judgment against the Defendant, Supervalu, Inc., parent company of Moran Food, LLC, a wholly owned subsidiary D/B/A Save-A-Lot Foods, for damages in excess of $75,000.00, together with interest and costs of the suit.

## COUNT II

1. The Plaintiff, Keturah Ford, incorporates and adopts by reference each and every allegation and fact contained in Count I.

2. Further, Plaintiff alleges in the alternative that at the date, time and place of the occurrence described in Count I, the Defendant, Moran Foods, LLC, d/b/a Save-A-Lot Food Stores, hereinafter referred to as Moran Foods, LLC was a corporation doing business in Maryland, who owned and/or managed the Save-A-Lot Food Store premises located at 5615 Sargent Road, Hyattsville, Prince George's County, Maryland.

3. That for the reasons more fully described in Count I above, the Defendant, Moran Foods, LLC, breached all of the described duties, and in doing so, failed to exercise reasonable care in maintaining the premises in a safe condition, failed to keep the premises free from unreasonable harm and failed to inspect, discover, remedy and/or warn of any dangers the Defendant knew or should have known existed.

4. As a direct and proximate result of the negligence of the Defendant, Moran Foods, LLC, the Plaintiff, Keturah Ford, sustained the injuries damages and losses more fully described in Count I, without any negligence of the Plaintiff contributing thereto.

LAW OFFICES
ASHCRAFT & GEREL, LLP
SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

WHEREFORE, the Plaintiff, Keturah Ford, demands judgment against the Defendant, Moran Foods, LLC, d/b/a Save-A-Lot Food Stores, for damages in excess of $75,000.00, together with interest and costs of this suit.

Respectfully submitted,

ASHCRAFT & GEREL, LLP

by: _/s/ Robert A. Flack_____
Robert A Flack, Esquire
Atty Code: FL3334
4301 Garden City Drive, Suite 301
Landover, Maryland 20785
(301)459-8400

## REQUEST FOR JURY TRIAL

Plaintiff, Keturah Ford, respectfully requests a trial by jury on all issues raised by the Complaint.

_/s/ Robert A. Flack_____
Robert A. Flack

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
10 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261